**Order filed, June 04, 2014.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-14-00083-CV**
_____

**SARAH LANSDEN BAKER, Appellant**

**V.**

**MARK MITCHELL BAKER, Appellee**

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-38473**

## ORDER

The reporter's record in this case was due **April 17, 2014**. *See* Tex. R. App. P. 35.1. On **April 22, 2014**, this court granted **Eunice Tillman's** motion for extension of time to file the reporter's record until **May 19, 2014**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Eunice Tillman**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM